IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-cv-00494-FDW-SCR

| | |
|---|---|
| **EPS – EHRHARDT + PARTNER SOLUTIONS INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HONEYWELL INTERNATIONAL INC., VOCOLLECT, INC., HAND HELD PRODUCTS, INC. AND INTELLIGRATED HEADQUARTERS LLC,**<br><br>**Defendants.** | **PLAINTIFF'S MOTION TO ENJOIN DEFENDANTS FROM PURSUING LATER-FILED TEXAS ACTION** |

In light of the earlier filing of this action, and to prevent prejudice, waste, and the possibility of inconsistent outcomes, Plaintiff EPS – Ehrhardt + Partner Solutions Inc. ("Plaintiff" or "EPS") respectfully submits this motion to enjoin Defendants from pursuing their later-filed action against EPS filed on August 29, 2025, in the U.S. District Court for the Eastern District of Texas, case captioned *Honeywell International Inc. et al. v. EPS – Ehrhardt + Partner Solutions, Inc.*, No. 2:24-cv-00918-JRG.

Counsel for EPS conferred with counsel for Defendants and attempted in good faith to resolve areas of disagreement, but no resolution was reached.

1

Respectfully submitted,

Dated: October 10, 2025

s/ J. Mark Wilson
Kathryn G. Cole
N.C. Bar No. 39106
J. Mark Wilson
N.C. Bar No. 25763
Jacob Zambrzycki
N.C. Bar No. 56223
Rebecca Alba Rathmell
N.C. Bar No. 61881
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Facsimile: (704) 339-5981
Email: katecole@mvalaw.com
markwilson@mvalaw.com
jacobzambrzycki@mvalaw.com
rebeccarathmell@mvalaw.com

*Attorneys for Plaintiff*
*EPS – Ehrhardt + Partner Solutions Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2025, a copy of the foregoing MOTION TO ENJOIN DEFENDANTS FROM PURSUING LATER-FILED TEXAS ACTION was served on counsel for Defendants via email and U.S. Mail as follows:

> Benjamin Pleune
> ALSTON & BIRD LLP
> Vantage South End
> 1120 South Tryon St., Suite 300
> Charlotte, NC 28203
> ben.pleune@alston.com

Dated: October 10, 2025                                                           By: s/ J. Mark Wilson