# Exhibit C

# Alannah Boatright

| | |
|---|---|
| **From:** | Whitley, Jeremy <Jeremy.Whitley@Honeywell.com> |
| **Sent:** | Friday, August 29, 2025 2:47 PM |
| **To:** | Alannah Boatright; Mark Wilson |
| **Cc:** | Doane, Adam |
| **Subject:** | RE: [External] RE: Ehrhardt + Partner Solutions Inc. |
| **Attachments:** | 2025-08-25 - [FINAL] Waiver of Service (Honeywell Int'l) - signed.pdf; 2025-08-28 - [FINAL] Waiver of Service (Hand Held) - signed.pdf; 2025-08-28 - [FINAL] Waiver of Service (Vocollect) - signed.pdf; 001 2025-08-29 Complaint.pdf |

**EXTERNAL EMAIL - USE CAUTION**

Got it. Thanks. Please see the attached executed waivers of service.

Mark, I've also attached a courtesy copy of a complaint Honeywell filed today in the EDTX accusing EPS of infringing 7 patents. We're happy to take you up on your offer to discuss – there's a lot of information we can provide you that we think will help your client understand the position it now finds itself in. I'm out next week, but Adam and I are happy to come to your office the latter part of the week of September 8th. Let us know if that works for you and, if so, what day and time works best. Please don't hesitate to ask should you have any questions in the meantime.

Regards,

Jeremy Whitley | D.980.279.3055 | M.803.554.3237

---

**From:** Alannah Boatright <alannahboatright@mvalaw.com>
**Sent:** Thursday, August 28, 2025 5:50 PM
**To:** Whitley, Jeremy <Jeremy.Whitley@Honeywell.com>
**Cc:** Mark Wilson <markwilson@mvalaw.com>
**Subject:** RE: [External] RE: Ehrhardt + Partner Solutions Inc.

Mr. Whitley:

Apologies for the double-email. Please use this link to access the enclosures instead of the previously provided link. https://www.imanageshare.com/pd/HG7b1AO3NX

Thanks,

Alannah Boatright
On behalf of J. Mark Wilson

**Alannah M. Boatright**
Paralegal
T/F 704.331.2390
alannahboatright@mvalaw.com



Moore&VanAllen

100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003
704.331.1000
www.mvalaw.com

**From:** Mark Wilson
**Sent:** Thursday, August 28, 2025 4:45 PM
**To:** 'Whitley, Jeremy' <Jeremy.Whitley@Honeywell.com>
**Subject:** RE: [External] RE: Ehrhardt + Partner Solutions Inc.

Jeremy, I have not heard from you (or anyone else for that matter) since my last email. Please see my letter (attached) and accompanying materials (enclosures: https://www.imanageshare.com/pd/3M5h7thXW73) concerning waiver of service. Hard copies are also being sent via overnight delivery. Thanks, Mark

**J. Mark Wilson**
Attorney at Law
T 704.331.1177
M 704.819.3375
markwilson@mvalaw.com

Moore&VanAllen
100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003
704.331.1000
www.mvalaw.com

---

**From:** Mark Wilson <markwilson@mvalaw.com>
**Sent:** Wednesday, July 9, 2025 6:09 PM
**To:** Whitley, Jeremy <Jeremy.Whitley@Honeywell.com>
**Subject:** RE: [External] RE: Ehrhardt + Partner Solutions Inc.

Jeremy, EPS has been clear that it would like to resolve this matter but also that it does not believe it has any legal liability to Honeywell. EPS will not capitulate to Honeywell's unreasonable license demands under the continued threats you have communicated to us. EPS is left with no choice but to seek assistance from the court. A copy of the complaint for declaratory relief filed today in the WDNC is attached for your convenience. Please let me know if you wish to discuss. Mark

**J. Mark Wilson**
Attorney at Law
T 704.331.1177
M 704.819.3375
markwilson@mvalaw.com

Moore&VanAllen
100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003
704.331.1000
www.mvalaw.com